| PROB 22 (Rev 12/06) | | DOCKET NUMBER *(Tran. Court)* 1:07-MJ-00356 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | E-FILED | DOCKET NUMBER *(Rec. Court)* |

FILED
Jan 31

CR 08 00048 JW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephen Robert Watts C/O F Company 431 Rifle Range Road Monterey, California 93944 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Theresa Carroll Buchanan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/05/07  TO 09/04/08 |

**OFFENSE**

Driving While Intoxicated (Pursuant to Title 18, U.S.C., Section 13, assimilating code of Virginia 18.2-266(i).)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/14/08
*Date*

*Theresa Carraoll Buchanan*
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SAN JOSE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-30-08
*Effective Date*

*United States Magistrate Judge*

| DOCUMENT NO. | CSA's INITIALS |
|---|---|
| 1 | C |

DISTRICT COURT
CRIMINAL CASE PROCESSING