# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

CR-08-00048 -JW

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

February 19, 2008

Clerk, United States District Court
Northern District of California
Internal Box 36060
San Francisco, CA

FILED
FEB 2 7 2008
NOR... ...ING
...T COURT
...CALIFORNIA

Re:   1:07 MJ356
      1:08CR48 (Your Number)
      United States of America V. Stephen Robert Watts

Dear Sir/Madam,

   Please find certified copies of the Transfer of Jurisdiction, Criminal Information, Judgment, and docket sheet in the above entitled matter, having been transferred to your district pursuant to 18 U.S.C. 3605.

Fernando Galindo, Clerk of Court

By: _____
Kathy Roberts, Deputy Clerk

cc: U.S. Probation Office

| PROB 22 (Rev12/06) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:07-MJ-00356 |
|---|---|---|---|
| | ORIGINAL FILED Jan 31 08 AM 10:00 | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephen Robert Watts C/O F Company 431 Rifle Range Road Monterey, California 93944 | | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria |
| CR 08 00048 JW | | NAME OF SENTENCING JUDGE The Honorable Theresa Carroll Buchanan | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/05/07 — TO 09/04/08 |

OFFENSE

Driving While Intoxicated (Pursuant to Title 18, U.S.C., Section 13, assimilating code of Virginia 18.2-266(i).)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/14/08
*Date*

*Theresa Carraoll Buchanan*
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SAN JOSE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States Magistrate Judge*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

FILED MAILROOM
FEB 12 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

V.                                                            Case Number:    1:07-00356-MJ

**Stephen R. Watts**
Defendant.                                                Defendant's Attorney:
                                                                            Dale Race

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s)  1

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 USC sec. 13 assim. Code of VA 18.2-266(i) | Driving While Intoxicated | Misdemeanor | 04/12/2007 | 1 |

On motion of the United States, the court has dismissed Count(s)  2, 3, 4, 5, and 6

As pronounced on September 5, 2007, the defendant is sentenced as provided in pages 2 through 5 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this  5th day of  September, 2007.

Theresa Carroll Buchanan
United States Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

Defendant's Name: Stephen R. Watts
Case Number: 1:07-00356-MJ

# PROBATION

The defendant is hereby placed on probation for a term of: ONE (1) Year.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess or use a controlled substance. The defendant shall submit to one drug test withing 15 days of release from custody and periodic drug tests thereafter, as determined by the Court.

If this judgment imposes a fine or restitution obligation , it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4A - Probation

Page 3 of 5

Defendant's Name: **Stephen R. Watts**
Case Number: **1:07-00356-MJ**

## SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional

1) The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation

2) Commencing September 5, 2007, and continuing for SIX (6) MONTHS, Defendant may operate a motor vehicle only (a) to and from work, (b) during the course of work if required as an incident of employment, and (c) to and from this Court, the probation office and the alcohol treatment program.

3) The defendant shall serve SIX (6) days in the Bureau of Prisons, as a condition of probation; at the direction of the Probation Officer. Weekends are permitted.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 5 - Criminal Monetary Penalties

Page 4 of 5

Defendant's Name:  Stephen R. Watts  
Case Number:       1:07-00356-MJ

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $500.00 | $0.00 |
| **TOTALS:** | $10.00 | $500.00 | $0.00 |

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case                                                                                                    Page 5 of 5
Sheet 6 - Schedule of Payments

Defendant's Name:    Stephen R. Watts
Case Number:         1:07-00356-MJ

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

The fine shall be paid within 30 days.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2007 MAY -7 A 9: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. )
) DOCKET NO. 1:07mj356
STEPHEN R. WATTS )
19 DELMAR ROAD ) COURT DATE: JUNE 25, 2007
BROCKTON, MASSACHUSETTS 22302 )

CRIMINAL INFORMATION

COUNT I - (Misdemeanor - A2413202)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test, to wit: did have a blood alcohol concentration of .17.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-266(i), Code of Virginia 1950, as amended.)

COUNT II - (Misdemeanor - A2413203)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-266(ii), Code of Virginia 1950, as amended.)

COUNT III - (Misdemeanor - A2413201)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did unlawfully operate a motor vehicle upon a highway recklessly in a manner so as to endanger life, limb or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Section 46.2-852, Code of Virginia 1950, as amended.)

COUNT IV - (Petty - A2273249)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did wrongfully drive a motor vehicle 52 miles per hour in a posted 25 mile per hour zone.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section 46.2-878, Code of Virginia 1950, as amended.)

COUNT V - (Petty - A2273248)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did wrongfully drive a motor vehicle 44 miles per hour in a posted 30 mile per hour zone.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section 46.2-878, Code of Virginia 1950, as amended.)

COUNT VI - (Petty - A2273248)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 12, 2007, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEPHEN R. WATTS, did unlawfully, knowingly and willfully fail to stop, and remain stopped for a steady red signal.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section 46.2-833, Code of Virginia 1950, as amended.)

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
David Sonenshine
Special Assistant
United States Attorney

Fort Belvoir, VA
Date: April 30, 2007

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I mailed a true and accurate copy of the Criminal Information herein filed to:

> STEPHEN R. WATTS
> 19 DELMAR ROAD
> BROCKTON, MASSACHUSETTS 02302

*[signature]*
Karen L. Shaner
Paralegal
Fort Belvoir, VA 22060